IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 FEB -9  AM 11: 20

DEPUTY CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO.:  2:15-CR-91 (1) |
| | § | |
| LUCY YANG | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On February 9, 2016, defendant LUCY YANG, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to Fed. R. Crim.P. 11, and entered a plea of guilty to Count 2 of the Indictment. After cautioning and examining LUCY YANG under oath concerning each of the subjects set out in Rule 11, I determined the guilty plea was knowingly and voluntarily entered and that the offense(s) charged are supported by an independent basis in fact containing each of the essential elements of such offense.

I, THEREFORE, RECOMMEND the guilty plea be accepted and LUCY YANG, be adjudged guilty and have sentence imposed accordingly.

IT IS SO ORDERED.

ENTERED this _9th_ day of February 2016.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar the aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).